IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JESSE DANIEL MAJOR, | * |
| Petitioner, | * |
| v. | Case No.   7:21-CV-66(WLS) |
| | * |
| MOSES JAMES, | |
| | * |
| Respondent. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated September 17, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 17th day of September, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk